# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00785-CV

**Texas Tech University System, Appellant**

**v.**

**Dolcefino Communications, LLC d/b/a Dolcefino Consulting and San Angelo Standard-Times, Appellees**

### FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-21-007069, THE HONORABLE MAYA GUERRA GAMBLE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

This appeal was abated to allow the parties to negotiate a settlement. The parties have informed this Court that they have settled their dispute, that all claims have been nonsuited in the trial court, and that this appeal can be dismissed as moot.

We reinstate this appeal and dismiss this appeal as moot.

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Triana and Theofanis

Dismissed as Moot

Filed: October 13, 2023